UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 25-CR-20313-MARTINEZ

UNITED STATES OF AMERICA,

v.

JEAN CLAUDY POLANCO,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS MATTER** was heard in front of Magistrate Judge Eduardo I. Sanchez on November 17, 2025. (*See* Min. Order **[ECF No. 72]**). A Report and Recommendation **[ECF No. 74]** was filed on November 17, 2025, recommending that the Defendant's plea of guilty be accepted. Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, no objections were filed. In fact, a *Notice of Non-Objection to the Report and Recommendation on Change of Plea* was filed by the Government **[ECF No. 75]** and defense counsel **[ECF No. 77]**. The Court has conducted a <u>de novo</u> review of the file and after careful consideration, affirms and adopts the Report and Recommendation. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 74]** is **AFFIRMED** and **ADOPTED**. Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846. Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing is set in this matter for **Wednesday, February 4, 2026, at 11:00 a.m.,** before

Case Number: 25-CR-20313-MARTINEZ

the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida, this 19th day of November, 2025.

_____
CECILIA M. ALTONAGA
for JOSE E. MARTINEZ,
UNITED STATES DISTRICT JUDGE

cc:   counsel of record
U.S. Magistrate Judge Eduardo I. Sanchez
U.S. Probation Office